IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**QUINCY B. CARPENTER**                                                                  **PLAINTIFF**

**V.**                                                         **CIVIL CAUSE NO. 3:14-CV-631-HTW-LRA**

**MICHELLE M. LEONHEART,**
**DEA ADMINISTRATOR,** *et al*                                                   **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson and the lack of written objection to the proposed findings and recommendation by either party. Based upon the evidence therein contained, this court, having given full consideration to the lack aforesaid of objection, finds the same well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

SO ORDERED, THIS THE 28th DAY OF October, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE